IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUSTIN SHIELDS,

    Plaintiff,

v.  :  3:13-CV-02267
   :  (JUDGE MARIANI)

UNITED STATES OF AMERICA,

    Defendants.

FILED
SCRANTON

AUG 29 2014

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2014**, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 19) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 19) is **ADOPTED**, for the reasons stated therein.

2. To the extent that Plaintiff's Letter of June 30, 2014 (Doc. 16) requests that this case be reopened, such request is **DENIED** and the case **SHALL REMAIN CLOSED**.

_____
Robert D. Mariani
United States District Judge